### N. G. & G. WILKINSON *v.* J. W. MARTIN et al.

*Where the return to a writ of* certiorari *shows that papers and evidence material to the decision of the cause, had been lost, without neglect on the part of the Clerk, or the parties to the suit, the judgment of the lower court will be reversed, and the case remanded for a new trial.*

APPEAL from the District Court of the Parish of Rapides, *Ogden*, J.

T. C. *Manning*, for plaintiffs and appellants.   M. *Ryan*, for defendants.

COLE, J.   A motion has been made to remand this cause for a new trial, on the ground that the answer of the defendants, and the note of evidence taken on the trial of the cause, are lost, and that the record is imperfect.

M. R. *Ariail*, the Clerk of the District Court for the parish of Rapides, in answer to the *certiorari* addressed to him in this case, says " that he has made diligent search for the missing papers, and cannot find them, and that their loss has not been occasioned by any neglect on his part, or that of the parties to the cause."

The missing papers and evidence appear to be material to the decision of the suit.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower court be avoided and reversed ; that this cause be remanded for a new trial, and that the costs of appeal abide the event of the final decree.